IN THE UNITED STATES DISTRICT COURT
FOR OREGON EUGENE DIVISION

| | | |
|---|---|---|
| LAWRENCE JAMES SACCATO, | § | FILED'10 NOV 03 11:42 USDC-ORE |
| | § | |
| Plaintiff, ProSe' | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 10-6111-HO |
| | § | |
| DANIEL N. GORDON P.C. | § | PLAINTIFF'S MOTION TO |
| | § | DISMISS COMPLAINT |
| Defendant | § | AGAINST FIA CARD |
| | § | CARD SERVICES |
| FIA CARD SERVICES, | § | |
| a.k.a. Bank of America | § | |
| | § | |
| Co-Defendant, | § | |

## **MOTION FOR ORDER OF DISMISSAL**

COMES now the Plaintiff:

Lawrence James Saccato having reached an amicable settlement agreement with the Defendant, FIA Card Services a.k.a. Bank of America on or about October 29th 2010.

IT IS HEREBY Requested by the Plaintiff Lawrence James Saccato, that a Motion of Dismissal WITH PREJUDICE be entered in the above case pending before this honorable court. Each party bearing their own costs.

Respectfully submitted this 1st day of November, 2010.

                                       *Lawrence Saccato*
                                       Plaintiff ProSe'
                                       Lawrence James Saccato
                                       6387 Old Hwy 99S
                                       Roseburg, Oregon 97471
                                       541-784-2284
                                       ljsaccato@gmail

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing, Plaintiff, Lawrence James Saccato's PLAINTIFF'S MOTION FOR DISMISSAL in the following in Case # 10-6111-HO were sent to the following postage prepaid by United States Post Office:

Arusi R. Loprinzi
P.O. Box 40044
Portland, Oregon 97240

Clerk of the Court
Wayne L. Morse
United States Courthouse
405 East Eighth Avenue
Eugene, Oregon 97401

They were deposited in the United States Post Office in Winston Oregon on November 1, 2010

*Lawrence Saccato*
Lawrence James Saccato, Plaintiff
c/o 6387 Old Highway 99 S
Roseburg, Oregon 97471
541-784-2284 mess.
ljsaccato@gmail.com